IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY LEE BUTLER, )
)
    Plaintiff, )
)
v. ) CASE NOS. CV410-139
)           CR408-315
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

# O R D E R

Before the Court is the Magistrate Judge's report and recommendation (Doc. 2), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2255 Petition is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 13th day of July 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA